GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
MARIO GONZALEZ-SOTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>vs.                                                   )<br>                                                        )<br>MARIO GONZALEZ-SOTO,        )<br>                                                        )<br>            Defendant                       )<br>                                                        )<br>_____ ) | 2:13-CR-315-GEB<br><br>STIPULATION AND (PROPOSED)<br>ORDER VACATING DATE,<br>CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date   : 12/06/13<br>Time   : 9:00 a.m.<br>Court  : Hon. Garland E. Burrell, Jr. |

      IT IS HEREBY STIPULATED by Defendant Mario González-Soto, through his counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Nirav K. Desai, that the Status Conference scheduled for November 8, 2013, at 9:00 a.m., be vacated and the matter be continued to December 6, 2013, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr., for change of plea and judgment and sentence.   This continuance is requested by the parties because of issues that have to be resolved before sentencing.

      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4, from November 8, 2013, to December 6, 2013, and that the ends of

justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 21, 2013 | Respectfully submitted,<br>/s/ Gilbert A. Roque<br><br>GILBERT A. ROQUE<br>Attorney for Defendant<br>MARIO GONZALEZ-SOTO |
| Dated:  October 21, 2013 | /s/ Nirav K. Desai<br><br>NIRAV K. DESAI<br>Assistant United States Attorney |

### ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from November 8, 2013, up to and including the new Status Conference, December 6, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time to prepare).

It is further ordered that the November 8, 2013, Status Conference is vacated and shall be continued until December 6, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**
**Dated:  October 22, 2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge